UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, et al.

In Re:

Maria Handle,

Debtor.

Case No.: 24-11188-ABA

Adv. No.: _____

Chapter: 13

Hearing Date: 07/30/2024

Judge: Altenburg

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Denise Carlon, Esq._____,

   ☒ am the attorney for: _____U.S. Bank, et al._____

   ☐ am self-represented

   Phone number: _____215-627-1322_____

   Email address: _____dcarlon@kmllawgroup.com_____

2. I request an adjournment of the following hearing:

   Matter: _____Motion for Relief from Stay re: 1300 Vardon Circle (Docket # 18)_____

   Current hearing date and time: _____07/30/2024 @ 10:00 a.m._____

   New date requested: _____08/20/2024 @ 10:00 a.m._____

   Reason for adjournment request: _____To allow the parties time to amicably resolve the issues at hand._____

3.    I request an adjournment of confirmation:

      Current confirmation date and time: _____

      New date requested: _____

      Reason for adjournment request: _____

      _____

      Confirmation has been adjourned _____ previous times

      Trustee payments are current through _____

      The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.    Consent to adjournment:

      ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below): _____

      _____

      _____

I certify under penalty of perjury that the foregoing is true.

Date: 07/26/2024                                            /s/ Denise Carlon
                                                                        Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted             New hearing date: 8/20/24 @ 10 am       ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____       ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*