UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank Trust, N.A., et al.

In Re:

Maria S. Handle,

Debtor.

Case No.:        24-11188-ABA

Chapter:              13

Hearing Date:     8/20/2024

Judge:              Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 1300 Vardon Circle (Docket # 18)

_____

Date: 8/19/2024                                    /s/ Denise Carlon
                                                   Signature

*rev.8/1/15*