Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−11188−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria S. Handle
   aka Maria Sacco−Handle
   1300 Vardone Circle
   Brigantine, NJ 08203

Social Security No.:
   xxx−xx−6799

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/29/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: August 29, 2024
JAN: as

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Maria S. Handle  
    Debtor

Case No. 24-11188-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Aug 29, 2024     Form ID: 148     Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria S. Handle, 1300 Vardone Circle, Brigantine, NJ 08203-2724 |
| 520156982 | + | Double Diamond Resorts, 12720 Hillcrest Road, Ste. 400, Dallas, TX 75230-2087 |
| 520156984 | + | KMP Law Group, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 520156985 | + | PHAA, 1200 North 7th Street, Harrisburg, PA 17102-1444 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 29 2024 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 29 2024 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520192340 | + | EDI: AIS.COM | Aug 30 2024 00:40:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520241961 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 29 2024 20:49:00 | ECMC, P O Box 16408, Saint Paul MN 55116-0408 |
| 520241962 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 29 2024 20:49:00 | ECMC, P O Box 16408, Saint Paul MN 55116-0408, ECMC, P O Box 16408, Saint Paul MN 55116-0408 |
| 520160883 | ^ | MEBN | Aug 29 2024 20:47:02 | FIRST PORTFOLIO VENTURES II, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 520156983 | ^ | MEBN | Aug 29 2024 20:47:33 | Fay Servicing, LLC, 425 S. Financial Place, Suite 2000, Chicago, IL 60605-1000 |
| 520161834 | ^ | MEBN | Aug 29 2024 20:46:36 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 520225821 | | EDI: PRA.COM | Aug 30 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 520179592 | + | Email/Text: bankruptcy@bbandt.com | Aug 29 2024 20:49:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 520213249 | ^ | MEBN | Aug 29 2024 20:46:41 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 11

# BYPASSED RECIPIENTS

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Aug 29, 2024 | Form ID: 148 | Total Noticed: 15

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Andrew B Finberg
ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jennifer L. Kearney
on behalf of Debtor Maria S. Handle jkearney@belluccilaw.net
bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net

Laura M. Egerman
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6